# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 11-16072-BKC-LMI  
**Case Name:** C. P. MOTION INC.  
**For Period Ending:** 06/30/2019

**Trustee Name:** (290830) Barry E. Mukamal  
**Date Filed (f) or Converted (c):** 03/07/2011 (f)  
**§ 341(a) Meeting Date:** 04/12/2011  
**Claims Bar Date:** 07/11/2011

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | WACHOVIA A/N 8426 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | BAL BAY ASSOCIATES INC<br>security deposit | 8,000.00 | 8,000.00 | | 0.00 | FA |
| 3 | CASE NO. 10-501 AP - BAL BAY ASSOC. LAWSUIT | Unknown | 0.00 | | 0.00 | FA |
| 4 | LEASED EQUIPMENT | 0.00 | 0.00 | | 35,000.00 | FA |
| 5 | REPLEVIN BOND - MIAMI-DADE COUNTY | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 6 | SEITLIIN AND COMPANY (u)<br>Funds belonged to financing company | 2,786.00 | 0.00 | | 0.00 | FA |
| 7 | ADV 13-1188 - HSBC (u) | 7,830.00 | 7,830.00 | | 7,830.00 | FA |
| 8 | NOVA 1 CORP. STOCK (u) | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| 9 | ADV 13-1186 - BARCLAY BANK (u) | 9,100.00 | 9,100.00 | | 9,100.00 | FA |
| 10 | ADV 13-1179 - TOYOTA MOTOR CREDIT CORPORATION (u) | 22,263.65 | 22,263.65 | | 22,263.65 | FA |
| 11 | ADV 13-1180 - MERCEDES BENZ FINANCIAL (u) | 12,941.00 | 12,941.00 | | 12,941.00 | FA |
| 12 | ADV 13-1181 - LEXUS (u) | 11,863.21 | 11,863.21 | | 11,863.21 | FA |
| 13 | ADV 13-1193 - SLM CORP. A/K/A SALLIE MAE (u) | 18,988.91 | 18,988.91 | | 18,988.91 | FA |
| 14 | ADV 13-1194 - RRF FAMILY LIMITED PARTNERSHIP (u) | 3,500.00 | 3,500.00 | | 3,500.00 | FA |
| 15 | ADV 13-1183 - BANK OF AMERICA (u) | 45,000.00 | 45,000.00 | | 45,000.00 | FA |
| 16 | ADV 13-1187 - CHASE USA (u) | 40,000.00 | 40,000.00 | | 40,000.00 | FA |
| 17 | ADV 13-1182 - JPMORGAN CHASE (u) | 85,000.00 | 85,000.00 | | 85,000.00 | FA |
| 18 | ADV 13-1196 - DR RICHARD LEVITT (u) | 750.00 | 750.00 | | 750.00 | FA |
| 19 | ADV 13-1185 - CAPITAL ONE (u) | 12,685.68 | 12,685.68 | | 12,685.68 | FA |
| 20 | ADV 13-1189 - LAW OFFICES OF GRANDA & ASSOC (u) | 30,000.00 | 30,000.00 | | 30,000.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

Case No.:  11-16072-BKC-LMI

Case Name:  C. P. MOTION INC.

For Period Ending:  06/30/2019

Trustee Name:  (290830) Barry E. Mukamal

Date Filed (f) or Converted (c):  03/07/2011 (f)

§ 341(a) Meeting Date:  04/12/2011

Claims Bar Date:  07/11/2011

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21 | ADV 13-1190 - HOMEWARD RESIDENTIAL INC. (u) | 25,000.00 | 25,000.00 | | 25,000.00 | FA |
| 22 | ADV 13-1177 - AMERICAN EXPRESS (u) | 303,000.00 | 303,000.00 | | 303,000.00 | FA |
| 23 | ADV 13-1178 AND ADV 13-1184 - CITIBANK NA (u) | 38,000.00 | 38,000.00 | | 38,000.00 | FA |
| 24 | INSURANCE CLAIM - NAVIGATORS SPECIALTY INSURANCE (u) | 1.00 | 1.00 | | 0.00 | FA |
| 25 | ADV 13-1195 - STEVEN BERNSTEIN (u) | 20,000.00 | 20,000.00 | | 20,000.00 | FA |
| 25 | Assets    Totals    (Excluding unknown values) | **$711,709.45** | **$708,923.45** | | **$725,922.45** | **$0.00** |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Page: 1-3

| | |
|---|---|
| Case No.: 11-16072-BKC-LMI | Trustee Name: (290830) Barry E. Mukamal |
| Case Name: C. P. MOTION INC. | Date Filed (f) or Converted (c): 03/07/2011 (f) |
| | § 341(a) Meeting Date: 04/12/2011 |
| For Period Ending: 06/30/2019 | Claims Bar Date: 07/11/2011 |

**Major Activities Affecting Case Closing:**

The Trustee has received $40,000 from the sale of scheduled assets, court ordered 11/17/11 (ECF 62 & 63). The trustee has also recovered $685,922.45 from adversaries filed.

Trustee and Debtors' Joint Omnibus Motion to Compromise Multiple Controversies (Motion") filed on 05/07/15. The Order Approving and Granting the Motion was entered by the Court on 08/18/2015. Upon recovery of the Receivables, same shall be distributed and paid to the Trustee (for the benefit of the creditors in CP Motion Case) up to the first $400,000 from the net collections defined as the gross Receivable less a 25% attorney lien on file against said LOP Receivables as same are received and/or recovered by Nova 1 [the "LOP PAYABLE"] and will be made on or before December 31, 2016. The Debtor and Nova 1 Finance was required to commence an adversary proceeding within 14 days of entry of an Order approving the Settlement Agreement seeking turnover of the LOP Receivables as property of the estate and will join all adverse parties claiming an interest in the LOP Receivables.

In addition, the Trustee, CP Motion, Nova 1 and the Trust each claim ownership and entitlement to certain insurance claim(s) against Navigators Specialty Insurance Company, which insured equipment and other personal property owned by CP Motion, policy number NY09ILM0141181-01 for policy period March 28, 2010 through March 28, 2011 (the "Insurance Claim"). The Trustee with the assistance of Raymond Weisbein and with Raymond Weisbein Trust as additional party plaintiff, which will be represented by Gary Murphree, Esq. will jointly prosecute the Insurance Claim. The Trustee shall have sole authority directing the litigation and as such cannot reserve the asset. I am unable to make an interim distribution as the only remaining claimants are the parties to the pending litigation. Pursuant to the status conference held on 07/12/2017, a judgment was entered in favor of the defendant on the claim in the Navigator's case that the Trustee had an interest in. Therefore, the claim is no longer a possible source of recovery.

On May 26, 2017, the Trustee filed a Motion for Status Conference to Determine (i) whether the estates will receive any further payments required under the trustee's settlement agreement with the Debtors, (ii) whether the individual debtors and their affiliates have complied with the settlement and (iii) to decide whether to close these cases. Raymond Weisbein filed an affidavit regarding the status of the LOP receivables indicating that on 04/27/16, the Third DCA affirmed the final summary judgment which prohibited Nova 1 from collecting the LOP receivables, ECF #441 filed in case No. 11-12579-LMI.

The trustee received a check from Seitlin and Company forwarded to him by his attorney. Once deposited, Seitlin stopped payment on the check as the funds belonged to another party.

Objection to Claims #31, 32, 33 filed 06/10/19.

Corporate tax returns are required and being filed annually.

04/27/11 - Court order granting employment of Trustee's attorney, Thomas R. Lehman, PA.
04/23/12 - Court order granting employment of Trustee's appraiser, Martin Claire of Stampler Auctions.
10/05/12 - Court order granting employment of Trustee's special counsel, James B. Miller, PA.
12/27/12 - Court order granting employment of Trustee's accountant, accountant, Barry E. Mukamal CPA

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2012 | **Current Projected Date Of Final Report (TFR):** | 08/31/2019 |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Page: 1-4

**Case No.:** 11-16072-BKC-LMI  
**Case Name:** C. P. MOTION INC.  

**Trustee Name:** (290830) Barry E. Mukamal  
**Date Filed (f) or Converted (c):** 03/07/2011 (f)  
**§ 341(a) Meeting Date:** 04/12/2011  

**For Period Ending:** 06/30/2019  
**Claims Bar Date:** 07/11/2011  

07/31/2019  
Date  

/s/Barry E. Mukamal  
Barry E. Mukamal

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 11-16072-BKC-LMI | Trustee Name: | Barry E. Mukamal (290830) |
|---|---|---|---|
| Case Name: | C. P. MOTION INC. | Bank Name: | The Bank of New York Mellon |
| Taxpayer ID #: | **-***9295 | Account #: | **********0565 Checking Account |
| For Period Ending: | 06/30/2019 | Blanket Bond (per case limit): | $56,290,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/02/11 | {6} | Seitlin and Company | Return Premium - Policy #NY09ILM01411801 | 1229-000 | 2,786.00 | | 2,786.00 |
| 06/09/11 | {6} | Seitlin and Company | Stop Payment on check, not to be paid, belongs to financing company | 1229-000 | -2,786.00 | | 0.00 |
| | | | **COLUMN TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

{ } Asset Reference(s)                                                                                                                           ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 11-16072-BKC-LMI | Trustee Name: | Barry E. Mukamal (290830) |
| --- | --- | --- | --- |
| Case Name: | C. P. MOTION INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9295 | Account #: | ******4566 Checking Account |
| For Period Ending: | 06/30/2019 | Blanket Bond (per case limit): | $56,290,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/08/13 | | Levine Kellogg Lehman Schneider | Sale of leased equipment, court ordered 11/17/11, ECF 62 and sale of stock court ordered 11/17/11, ECF 63 | | 38,929.20 | | 38,929.20 |
| | {4} | | Allocation Asset #4   $35,000.00 | 1129-000 | | | 38,929.20 |
| | {8} | | Allocation Asset #8   $3,929.20 | 1229-000 | | | 38,929.20 |
| 03/11/13 | 11001 | Clerk of the Court | Filing fee, 22 @ $293.00, adv #13-1176, 1177, 1178, 1179, 1180, 1181, 1182, 1183, 1184, 1185, 1186, 1187, 1188, 1189, 1190, 1191, 1192, 1193, 1194, 1195, 1196, 1197 | 2700-000 | | 6,446.00 | 32,483.20 |
| 03/12/13 | {8} | Levine Kellogg Lehman Schneider + Grossman LLP | Sale of Stock, court ordered 11/17/11 (ECF 63) | 1229-000 | 1,070.80 | | 33,554.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.76 | 33,519.24 |
| 04/03/13 | 11002 | Stampler Auctions | Appraisal fees, court ordered 04/23/12 | 3711-000 | | 500.00 | 33,019.24 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.92 | 32,968.32 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.99 | 32,919.33 |
| 06/11/13 | {12} | Toyota Motor Credit Corporation | Full Settlement, court ordered 10/23/13 | 1241-000 | 11,863.21 | | 44,782.54 |
| 06/14/13 | {7} | HSBC | Full settlement; court ordered 10/23/13 | 1241-000 | 7,830.00 | | 52,612.54 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.42 | 52,555.12 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.15 | 52,471.97 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 75.47 | 52,396.50 |
| 09/20/13 | {9} | Barclays Bank OPS | Full settlement, court ordered 05/05/14 | 1241-000 | 9,100.00 | | 61,496.50 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 75.03 | 61,421.47 |
| 10/28/13 | {10} | Toyota Motor Credit Corporation | Full settlement, court ordered 05/05/14 | 1241-000 | 22,263.65 | | 83,685.12 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.32 | 83,585.80 |

Page Subtotals:    $91,056.86    $7,471.06

{ } Asset Reference(s)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-3

| Case No.: | 11-16072-BKC-LMI | Trustee Name: | Barry E. Mukamal (290830) |
|---|---|---|---|
| Case Name: | C. P. MOTION INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9295 | Account #: | ******4566 Checking Account |
| For Period Ending: | 06/30/2019 | Blanket Bond (per case limit): | $56,290,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/20/13 | {13} | Sallie Mae | Full settlement; court ordered 10/23/13 | 1241-000 | 18,988.91 | | 102,574.71 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 118.58 | 102,456.13 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 162.10 | 102,294.03 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 152.03 | 102,142.00 |
| 02/10/14 | {14} | RFF Family Partnership LP | Full settlement, court ordered 05/05/14 | 1241-000 | 3,500.00 | | 105,642.00 |
| 02/26/14 | {11} | Mercedes-Benz Financial Services USA LLC | Full settlement, court ordered 05/05/14 | 1241-000 | 12,941.00 | | 118,583.00 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 140.59 | 118,442.41 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 164.68 | 118,277.73 |
| 04/23/14 | {21} | Ocween Loan Servicing LLC | Full settlement; court ordered 05/05/14 | 1241-000 | 25,000.00 | | 143,277.73 |
| 04/25/14 | {22} | American Express Travel Related Services | Full Settlement; court ordered 05/05/14 | 1241-000 | 127,866.00 | | 271,143.73 |
| 04/25/14 | {22} | American Express Travel Related Services | Full settlement; court ordered 05/05/14 | 1241-000 | 175,134.00 | | 446,277.73 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 217.72 | 446,060.01 |
| 05/21/14 | {15} | Bank of America Corp | Full settlement; court ordered 05/05/14 | 1241-000 | 41,000.00 | | 487,060.01 |
| 05/21/14 | {15} | Bank of America NA | Full settlement; court ordered 05/05/14 | 1241-000 | 4,000.00 | | 491,060.01 |
| 05/23/14 | {17} | JPMorgan Chase | Full settlement; court ordered 05/05/14 | 1241-000 | 85,000.00 | | 576,060.01 |
| 05/23/14 | {16} | JPMorgan Chase | Full settlement; court ordered 05/05/14 | 1241-000 | 40,000.00 | | 616,060.01 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 676.83 | 615,383.18 |
| 06/11/14 | {18} | Fredda A. Levitt | Full settlement; court ordered 07/11/14 | 1241-000 | 750.00 | | 616,133.18 |
| 06/20/14 | {19} | Capital One Services LLC | Full settlement; court ordered 05/05/14 | 1241-000 | 12,685.68 | | 628,818.86 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 859.25 | 627,959.61 |
| 07/02/14 | 11003 | Markowitz Davis Ringel & Trusty PA | Mediator fee, court ordered 06/23/14 | 3721-000 | | 1,809.05 | 626,150.56 |

Page Subtotals: $546,865.59 $4,300.83

{ } Asset Reference(s)             ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Page: 2-4

| Case No.: | 11-16072-BKC-LMI | Trustee Name: | Barry E. Mukamal (290830) |
|---|---|---|---|
| Case Name: | C. P. MOTION INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9295 | Account #: | ******4566 Checking Account |
| For Period Ending: | 06/30/2019 | Blanket Bond (per case limit): | $56,290,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/03/14 | {20} | Landmark American Insurance Company | Full settlement; court ordered 07/11/14 | 1241-000 | 30,000.00 | | 656,150.56 |
| 07/09/14 | {23} | Citibank NA | Full settlement, court ordered 05/05/14 | 1241-000 | 38,000.00 | | 694,150.56 |
| 07/10/14 | 11004 | James B. Miller PA | Special counsel contingency fees and expenses, court ordered 05/05/14 | | | 217,646.24 | 476,504.32 |
| | | | Allocation Expenses $5,922.09 | 3220-000 | | | 476,504.32 |
| | | | Allocation Fees $211,724.15 | 3210-000 | | | 476,504.32 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 855.71 | 475,648.61 |
| 08/18/14 | 11005 | James B. Miller PA | Contingency fees and expenses, court ordered 07/11/14 | | | 11,477.40 | 464,171.21 |
| | | | Allocation Expenses $1,227.40 | 3220-000 | | | 464,171.21 |
| | | | Allocation Fees $10,250.00 | 3210-000 | | | 464,171.21 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 659.14 | 463,512.07 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 711.13 | 462,800.94 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 687.85 | 462,113.09 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 598.21 | 461,514.88 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 752.36 | 460,762.52 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 662.73 | 460,099.79 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 617.66 | 459,482.13 |
| 03/12/15 | 11006 | Levine Kellogg Lehman Schneider + Grossman LLP | First interim fees, court ordered 03/04/2015 | 3210-000 | | 60,979.75 | 398,502.38 |

Page Subtotals: $68,000.00   $295,648.18

{ } Asset Reference(s)          ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-5

| Case No.: | 11-16072-BKC-LMI | Trustee Name: | Barry E. Mukamal (290830) |
|---|---|---|---|
| Case Name: | C. P. MOTION INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9295 | Account #: | ******4566 Checking Account |
| For Period Ending: | 06/30/2019 | Blanket Bond (per case limit): | $56,290,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/12/15 | 11007 | Levine Kellogg Lehman Schneider + Grossman LLP | First interim expenses, court ordered 03/04/2015 | 3220-000 | | 9,165.22 | 389,337.16 |
| 03/12/15 | 11008 | Marcum LLP | First interim fees, court ordered 03/04/2015 | 3310-000 | | 54,500.00 | 334,837.16 |
| 03/12/15 | 11009 | Marcum LLP | First interim expenses, court ordered 03/04/2015 | 3320-000 | | 46.10 | 334,791.06 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 605.19 | 334,185.87 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 480.67 | 333,705.20 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 463.98 | 333,241.22 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 511.27 | 332,729.95 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 494.53 | 332,235.42 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 461.94 | 331,773.48 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 509.06 | 331,264.42 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 476.47 | 330,787.95 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 459.92 | 330,328.03 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 522.68 | 329,805.35 |
| 01/15/16 | 11010 | James B. Miller PA | Reimbursement of costs. Court Ordered ECF# 287. | 3220-000 | | 2,771.17 | 327,034.18 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 456.16 | 326,578.02 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 452.83 | 326,125.19 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 514.64 | 325,610.55 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 451.49 | 325,159.06 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 450.86 | 324,708.20 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 512.40 | 324,195.80 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 449.53 | 323,746.27 |

Page Subtotals:   $0.00   $74,756.11

{ } Asset Reference(s)   ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Page: 2-6

| Case No.: | 11-16072-BKC-LMI | Trustee Name: | Barry E. Mukamal (290830) |
|---|---|---|---|
| Case Name: | C. P. MOTION INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9295 | Account #: | ******4566 Checking Account |
| For Period Ending: | 06/30/2019 | Blanket Bond (per case limit): | $56,290,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/18/16 | {25} | Steven A. Bernstein DPM PC | Adv #13-1195; payment #1; court ordered | 1241-000 | 10,000.00 | | 333,746.27 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 517.04 | 333,229.23 |
| 09/19/16 | {25} | Steven A. Bernstein DPM PC | Adv #13-1195; payment #2; court ordered | 1241-000 | 10,000.00 | | 343,229.23 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 483.25 | 342,745.98 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 475.25 | 342,270.73 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 523.73 | 341,747.00 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 490.20 | 341,256.80 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 523.48 | 340,733.32 |
| 03/27/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******9838 | Transition Debit to Metropolitan Commercial Bank acct 3910019838 | 9999-000 | | 340,733.32 | 0.00 |
| | | | **COLUMN TOTALS** | | 725,922.45 | 725,922.45 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 340,733.32 | |
| | | | **Subtotal** | | 725,922.45 | 385,189.13 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$725,922.45** | **$385,189.13** | |

{ } Asset Reference(s) 

! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-7

| Case No.: | 11-16072-BKC-LMI | Trustee Name: | Barry E. Mukamal (290830) |
|---|---|---|---|
| Case Name: | C. P. MOTION INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***9295 | Account #: | ******9838 Checking Account |
| For Period Ending: | 06/30/2019 | Blanket Bond (per case limit): | $56,290,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/27/19 | | Transfer Credit from Rabobank, N.A. acct ******4566 | Transition Credit from Rabobank, N.A. acct 5001474566 | 9999-000 | 340,733.32 | | 340,733.32 |
| | | | COLUMN TOTALS | | 340,733.32 | 0.00 | $340,733.32 |
| | | | Less: Bank Transfers/CDs | | 340,733.32 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{ } Asset Reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-8

| | |
|---|---|
| **Case No.:** | 11-16072-BKC-LMI |
| **Case Name:** | C. P. MOTION INC. |
| **Taxpayer ID #:** | **-***9295 |
| **For Period Ending:** | 06/30/2019 |

| | |
|---|---|
| **Trustee Name:** | Barry E. Mukamal (290830) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******9838 Checking Account |
| **Blanket Bond (per case limit):** | $56,290,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $725,922.45 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $725,922.45 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| **********0565 Checking Account | $0.00 | $0.00 | $0.00 |
| ******4566 Checking Account | $725,922.45 | $385,189.13 | $0.00 |
| ******9838 Checking Account | $0.00 | $0.00 | $340,733.32 |
| | **$725,922.45** | **$385,189.13** | **$340,733.32** |

07/31/2019
**Date**

/s/Barry E. Mukamal
**Barry E. Mukamal**