**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re: C. P. MOTION INC. § Case No. 11-16072-BKC-LMI
§
§
§
Debtor(s)

**NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>Barry E. Mukamal</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

301 North Miami Ave
Room 150
Miami, FL 33128

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: <u>06/08/2020</u>                                    By: /s/ Barry E. Mukamal
                                                                                     Trustee

Barry E. Mukamal
PO Box 14183
Fort Lauderdale, FL 33302
(786) 517-5760

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re: C. P. MOTION INC. § Case No. 11-16072-BKC-LMI
§
§
§
Debtor(s)

## SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of :* | $ 728,852.32 |
| *and approved disbursements of:* | $ 725,922.45 |
| *leaving a balance on hand of[1]:* | $ 2,929.87 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 10-2S | Internal Revenue Services | 677.81 | 677.81 | 677.81 | 0.00 |

| | |
|---:|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 2,929.87 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - Barry Mukamal | 39,546.12 | 39,546.12 | 0.00 |
| Trustee, Expenses - Barry Mukamal | 1,167.05 | 1,167.05 | 0.00 |
| Accountant for Trustee, Fees - Marcum LLP | 123,416.50 | 123,416.50 | 0.00 |
| Accountant for Trustee, Expenses - Marcum LLP | 46.10 | 46.10 | 0.00 |
| Charges, U.S. Bankruptcy Court | 6,446.00 | 6,446.00 | 0.00 |
| Other State or Local Taxes (post-petition) - Franchise Tax Board | 0.00 | 0.00 | 0.00 |
| Other State or Local Taxes (post-petition) - State of California | 0.00 | 0.00 | 0.00 |
| Other State or Local Taxes (post-petition) - State of California | 0.00 | 0.00 | 0.00 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Other State or Local Taxes (post-petition) - State of California | 7,384.91 | 7,384.91 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Levine Kellogg Lehman Schneider + Grossman LLP | 138,330.87 | 138,330.87 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - Levine Kellogg Lehman Schneider + Grossman LLP | 17,741.61 | 17,741.61 | 0.00 |

Total to be paid for chapter 7 administrative expenses: $ 0.00
Remaining balance: $ 2,929.87

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,929.87

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $243,922.50 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Richard Meiman | 0.00 | 0.00 | 0.00 |
| 10-2P | Internal Revenue Services | 229,365.09 | 121,542.13 | 2,755.01 |
| 17-2P | Florida Department of Revenue | 341.89 | 181.17 | 4.11 |
| 18P | Florida Department of Revenue Bankruptcy Unit | 6,645.39 | 3,521.44 | 79.82 |
| 19P | Florida Department of Revenue Bankruptcy Unit | 330.00 | 174.87 | 3.96 |
| 30-P | Franchise Tax Board | 7,240.13 | 3,836.59 | 86.97 |

Total to be paid for priority claims: $ 2,929.87
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $5,996,560.96 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Waste Services of FL | 179.29 | 0.00 | 0.00 |
| 3 | Direct Capital Corp. | 58,816.54 | 0.00 | 0.00 |
| 4 | Direct Capital Corp. | 173,926.05 | 0.00 | 0.00 |
| 5 | Bauerfeind | 2,873.35 | 0.00 | 0.00 |
| 6 | Benefits Outsource | 6,580.00 | 0.00 | 0.00 |
| 7 | ANX EBUSINESS | 4,413.17 | 0.00 | 0.00 |
| 8 | Pinnacle Capital | 23,000.00 | 0.00 | 0.00 |
| 8U | Pinnacle Capital | 66,182.39 | 0.00 | 0.00 |
| 9 | Miami Dade Tax Collector | 2,538.77 | 0.00 | 0.00 |
| 11 | JACQUELINE WEISBEIN, AS TRUSTEE FOR THE RAYMOND AN | 2,885,345.00 | 0.00 | 0.00 |
| 12 | Verizon | 2,945.14 | 0.00 | 0.00 |
| 13 | FMCI Mass Market | 3,682.94 | 0.00 | 0.00 |
| 14 | Verizon | 950.80 | 0.00 | 0.00 |
| 15 | Credential Leasing Corp. of Florida, Inc. | 300,022.10 | 0.00 | 0.00 |
| 16 | Special K Investors Inc | 2,279,028.80 | 0.00 | 0.00 |
| 20 | Qualink, INC OSI company acquired by NCO | 133,134.81 | 0.00 | 0.00 |
| 21 | PREMIUM ASSIGMENT | 1,386.49 | 0.00 | 0.00 |
| 22 | American Home Assurance Company, et al. | 0.00 | 0.00 | 0.00 |
| 23 | Interactive Services Network Inc d/b/a IBFONE/ISN Telcom | 2,210.46 | 0.00 | 0.00 |
| 24 | DeRoyal Industries | 29,339.86 | 0.00 | 0.00 |
| 27 | Richard and Josephine (Valerie) Goldblatt | 20,005.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $582,476.52 have been allowed and will be paid <u>pro rata</u> only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 25 | Jon B. Sage, P.A. | 20,482.26 | 0.00 | 0.00 |
| 26-2 | Carey Rodriguez Greenberg & Paul, LLP | 400,000.00 | 0.00 | 0.00 |
| 28 | Bal Bay Associates, Inc. | 151,741.26 | 0.00 | 0.00 |
| 29 | Rackspace Hosting Attn: A/R Dept | 10,253.00 | 0.00 | 0.00 |

| | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $77,607.16 have been allowed and will be paid <u>pro rata</u> only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10-2F | Internal Revenue Services | 74,323.64 | 0.00 | 0.00 |
| 17-2F | Florida Department of Revenue | 75.00 | 0.00 | 0.00 |
| 18F | Florida Department of Revenue Bankruptcy Unit | 50.00 | 0.00 | 0.00 |
| 19F | Florida Department of Revenue Bankruptcy Unit | 325.00 | 0.00 | 0.00 |
| 30-F | Franchise Tax Board | 1,460.26 | 0.00 | 0.00 |
| 34-F | State of California | 1,373.26 | 0.00 | 0.00 |

| | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

|  | Prepared By: /s/ Barry E. Mukamal |
|---|---|
|  | Trustee |

Barry E. Mukamal
PO Box 14183
Fort Lauderdale, FL 33302
(786) 517-5760


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**