**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re: C. P. MOTION INC.                    §         Case No. 11-16072-BKC-LMI
                                            §
                                            §
                                            §
            Debtor(s)

---

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Barry E. Mukamal, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $20,787.00 | Assets Exempt: N/A |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants: $132,863.88 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $595,988.44 | |

3) Total gross receipts of $728,852.32 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $728,852.32 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $2,880,345.00 | $677.81 | $677.81 | $677.81 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $616,780.63 | $595,988.44 | $595,988.44 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $163,902.52 | $248,422.50 | $243,922.50 | $132,186.07 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $5,459,269.64 | $6,656,644.64 | $6,656,644.64 | $0.00 |
| **TOTAL DISBURSEMENTS** | $8,503,517.16 | $7,522,525.58 | $7,497,233.39 | $728,852.32 |

4) This case was originally filed under chapter 7 on 03/07/2011.  The case was pending for 115 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    10/09/2020

By: /s/ Barry  Mukamal

Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ADV 13-1178 AND ADV 13-1184 - CITIBANK NA | 1241-000 | $38,000.00 |
| ADV 13-1193 - SLM CORP. A/K/A SALLIE MAE | 1241-000 | $18,988.91 |
| ADV 13-1177 - AMERICAN EXPRESS | 1241-000 | $303,000.00 |
| ADV 13-1179 - TOYOTA MOTOR CREDIT CORPORATION | 1241-000 | $22,263.65 |
| SEITLIIN AND COMPANY | 1229-000 | $0.00 |
| ADV 13-1195 - STEVEN BERNSTEIN | 1241-000 | $20,000.00 |
| ADV 13-1186 - BARCLAY BANK | 1241-000 | $9,100.00 |
| ADV 13-1194 - RRF FAMILY LIMITED PARTNERSHIP | 1241-000 | $3,500.00 |
| ADV 13-1187 - CHASE USA | 1241-000 | $40,000.00 |
| NOVA 1 CORP. STOCK | 1229-000 | $5,000.00 |
| ADV 13-1185 - CAPITAL ONE | 1241-000 | $12,685.68 |
| ADV 13-1180 - MERCEDES BENZ FINANCIAL | 1241-000 | $12,941.00 |
| ADV 13-1189 - LAW OFFICES OF GRANDA & ASSOC | 1241-000 | $30,000.00 |
| ADV 13-1190 - HOMEWARD RESIDENTIAL INC. | 1241-000 | $25,000.00 |
| ADV 13-1188 - HSBC | 1241-000 | $7,830.00 |
| ADV 13-1183 - BANK OF AMERICA | 1241-000 | $45,000.00 |
| ADV 13-1182 - JPMORGAN CHASE | 1241-000 | $85,000.00 |
| ADV 13-1181 - LEXUS | 1241-000 | $11,863.21 |
| ADV 13-1196 - DR RICHARD LEVITT | 1241-000 | $750.00 |
| LEASED EQUIPMENT | 1129-000 | $35,000.00 |
| STATE OF FLORIDA UNCLAIMED FUNDS | 1229-000 | $2,929.87 |
| **TOTAL GROSS RECEIPTS** | | **$728,852.32** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10-2S | Internal Revenue Services | 4300-000 | $0.00 | $677.81 | $677.81 | $677.81 |
| N/F | Raymond and Selma Weisbein Trust | 4110-000 | $2,880,345.00 | NA | NA | NA |
| | TOTAL SECURED | | $2,880,345.00 | $677.81 | $677.81 | $677.81 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Barry Mukamal | 2100-000 | NA | $39,546.12 | $39,546.12 | $39,546.12 |
| Trustee, Expenses - Barry Mukamal | 2200-000 | NA | $1,167.05 | $1,167.05 | $1,167.05 |
| Accountant for Trustee, Fees - Marcum LLP | 3310-000 | NA | $123,416.50 | $123,416.50 | $123,416.50 |
| Accountant for Trustee, Expenses - Marcum LLP | 3320-000 | NA | $46.10 | $46.10 | $46.10 |
| Auctioneer Fees - Stampler Auctions | 3610-000 | NA | $500.00 | $500.00 | $500.00 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $6,446.00 | $6,446.00 | $6,446.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $19,848.20 | $19,848.20 | $19,848.20 |
| Other State or Local Taxes (post-petition) - Franchise Tax Board | 2820-000 | NA | $5,045.65 | $0.00 | $0.00 |
| Other State or Local Taxes (post-petition) - State of California | 2820-000 | NA | $21,131.45 | $7,384.91 | $7,384.91 |
| Attorney for Trustee Fees (Other Firm) - James B. Miller PA | 3210-000 | NA | $228,641.15 | $228,641.15 | $228,641.15 |
| Attorney for Trustee Fees (Other Firm) - Levine Kellogg Lehman Schneider + Grossman LLP | 3210-000 | NA | $140,330.87 | $138,330.87 | $138,330.87 |
| Attorney for Trustee Expenses (Other Firm) - James B. Miller PA | 3220-000 | NA | $11,110.88 | $11,110.88 | $11,110.88 |
| Attorney for Trustee Expenses (Other Firm) - Levine Kellogg Lehman Schneider + Grossman LLP | 3220-000 | NA | $17,741.61 | $17,741.61 | $17,741.61 |
| Arbitrator/Mediator for Trustee Fees - Markowitz Davis Ringel & Trusty PA | 3721-000 | NA | $1,809.05 | $1,809.05 | $1,809.05 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$616,780.63** | **$595,988.44** | **$595,988.44** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Richard Meiman | 5300-000 | $0.00 | $4,500.00 | $0.00 | $0.00 |
| 10-2P | Internal Revenue Services | 5800-000 | $0.00 | $229,365.09 | $229,365.09 | $124,297.14 |
| 17-2P | Florida Department of Revenue | 5800-000 | $0.00 | $341.89 | $341.89 | $185.28 |
| 18P | Florida Department of Revenue Bankruptcy Unit | 5800-000 | $6,010.29 | $6,645.39 | $6,645.39 | $3,601.26 |
| 19P | Florida Department of Revenue Bankruptcy Unit | 5800-000 | $0.00 | $330.00 | $330.00 | $178.83 |
| 30-P | Franchise Tax Board | 5800-000 | $150,000.00 | $7,240.13 | $7,240.13 | $3,923.56 |
| N/F | Department of Revenue | 5800-000 | $7,000.00 | NA | NA | NA |
| N/F | State Of Florida Dept of Revenue Miami South Service Center | 5800-000 | $467.04 | NA | NA | NA |
| N/F | State of Florida - Department of Revenue | 5800-000 | $425.19 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$163,902.52** | **$248,422.50** | **$243,922.50** | **$132,186.07** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Waste Services of FL | 7100-000 | $5,000.00 | $179.29 | $179.29 | $0.00 |
| 3 | Direct Capital Corp. | 7100-000 | $75,000.00 | $58,816.54 | $58,816.54 | $0.00 |
| 4 | Direct Capital Corp. | 7100-000 | $0.00 | $173,926.05 | $173,926.05 | $0.00 |
| 5 | Bauerfeind | 7100-000 | $0.00 | $2,873.35 | $2,873.35 | $0.00 |
| 6 | Benefits Outsource | 7100-000 | $5,700.00 | $6,580.00 | $6,580.00 | $0.00 |
| 7 | ANX EBUSINESS | 7100-000 | $5,000.00 | $4,413.17 | $4,413.17 | $0.00 |
| 8 | Pinnacle Capital | 7100-000 | $0.00 | $23,000.00 | $23,000.00 | $0.00 |
| 8U | Pinnacle Capital | 7100-000 | $0.00 | $66,182.39 | $66,182.39 | $0.00 |
| 9 | Miami Dade Tax Collector | 7100-000 | $0.00 | $2,538.77 | $2,538.77 | $0.00 |
| 10-2F | Internal Revenue Services | 7300-000 | $0.00 | $74,323.64 | $74,323.64 | $0.00 |
| 11 | JACQUELINE WEISBEIN, AS TRUSTEE FOR THE RAYMOND AN | 7100-000 | $0.00 | $2,885,345.00 | $2,885,345.00 | $0.00 |
| 12 | Verizon | 7100-000 | $2,000.00 | $2,945.14 | $2,945.14 | $0.00 |
| 13 | FMCI Mass Market | 7100-000 | $0.00 | $3,682.94 | $3,682.94 | $0.00 |
| 14 | Verizon | 7100-000 | $0.00 | $950.80 | $950.80 | $0.00 |
| 15 | Credential Leasing Corp. of Florida, Inc. | 7100-000 | $300,022.10 | $300,022.10 | $300,022.10 | $0.00 |
| 16 | Special K Investors Inc | 7100-000 | $0.00 | $2,279,028.80 | $2,279,028.80 | $0.00 |
| 17-2F | Florida Department of Revenue | 7300-000 | $0.00 | $75.00 | $75.00 | $0.00 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 18F | Florida Department of Revenue Bankruptcy Unit | 7300-000 | $0.00 | $50.00 | $50.00 | $0.00 |
| 19F | Florida Department of Revenue Bankruptcy Unit | 7300-000 | $0.00 | $325.00 | $325.00 | $0.00 |
| 20 | Qualink, INC OSI company acquired by NCO | 7100-000 | $0.00 | $133,134.81 | $133,134.81 | $0.00 |
| 21 | PREMIUM ASSIGMENT | 7100-000 | $15,000.00 | $1,386.49 | $1,386.49 | $0.00 |
| 22 | American Home Assurance Company, et al. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | Interactive Services Network Inc d/b/a IBFONE/ISN Telcom | 7100-000 | $5,000.00 | $2,210.46 | $2,210.46 | $0.00 |
| 24 | DeRoyal Industries | 7100-000 | $32,673.66 | $29,339.86 | $29,339.86 | $0.00 |
| 25 | Jon B. Sage, P.A. | 7200-000 | $17,898.91 | $20,482.26 | $20,482.26 | $0.00 |
| 26-2 | Carey Rodriguez Greenberg & Paul, LLP | 7200-000 | $25,000.00 | $400,000.00 | $400,000.00 | $0.00 |
| 27 | Richard and Josephine (Valerie) Goldblatt | 7100-000 | NA | $20,005.00 | $20,005.00 | $0.00 |
| 28 | Bal Bay Associates, Inc. | 7200-000 | $0.00 | $151,741.26 | $151,741.26 | $0.00 |
| 29 | Rackspace Hosting Attn: A/R Dept | 7200-000 | $15,000.00 | $10,253.00 | $10,253.00 | $0.00 |
| 30-F | Franchise Tax Board | 7300-000 | NA | $1,460.26 | $1,460.26 | $0.00 |
| 34-F | State of California | 7300-000 | NA | $1,373.26 | $1,373.26 | $0.00 |
| N/F | 441 Industrial LLC | 7100-000 | $2,000.00 | NA | NA | NA |
| N/F | A & A Orthopedics | 7100-000 | $1,000.00 | NA | NA | NA |
| N/F | ADP | 7100-000 | $5,000.00 | NA | NA | NA |
| N/F | ADT Security Services Inc | 7100-000 | $2,000.00 | NA | NA | NA |

| N/F | AEL Financial | 7100-000 | $134,321.25 | NA | NA | NA |
|---|---|---|---|---|---|---|
| N/F | AFLAC | 7100-000 | $500.00 | NA | NA | NA |
| N/F | AIG | 7100-000 | $75,000.00 | NA | NA | NA |
| N/F | AT&T | 7100-000 | $10,000.00 | NA | NA | NA |
| N/F | Advance Consulting Concepts. Corp | 7100-000 | $2,500.00 | NA | NA | NA |
| N/F | Aguaman | 7100-000 | $2,000.00 | NA | NA | NA |
| N/F | Alan Sulivan | 7100-000 | $10,000.00 | NA | NA | NA |
| N/F | Alimed | 7100-000 | $1,000.00 | NA | NA | NA |
| N/F | Ameribest Exterminating Co | 7100-000 | $1,000.00 | NA | NA | NA |
| N/F | BREG INC | 7100-000 | $5,000.00 | NA | NA | NA |
| N/F | BSN Medical | 7100-000 | $25.00 | NA | NA | NA |
| N/F | Ballard Nursing Miachel Best & Friedrich LLP | 7100-000 | $500.00 | NA | NA | NA |
| N/F | Balsera Communications | 7100-000 | $1,000.00 | NA | NA | NA |
| N/F | Bank Atlantic | 7100-000 | $50,000.00 | NA | NA | NA |
| N/F | Bank Atlantic | 7100-000 | $50,000.00 | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $94,600.00 | NA | NA | NA |
| N/F | Bank of Florida | 7100-000 | $1,000,000.00 | NA | NA | NA |
| N/F | Bellsouth | 7100-000 | $10,000.00 | NA | NA | NA |
| N/F | Bledsoe Brace System | 7100-000 | $2,000.00 | NA | NA | NA |
| N/F | Bridgefield Employers Insurance Co. | 7100-000 | $25,984.45 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | CFC Investments, Inc. C/O Andrew Fulton, Kelley and Fulton | 7100-000 | $130,875.36 | NA | NA | NA |
| N/F | Cartridge World | 7100-000 | $500.00 | NA | NA | NA |
| N/F | Chartis | 7100-000 | $20,000.00 | NA | NA | NA |
| N/F | Chattanooga Group | 7100-000 | $10,000.00 | NA | NA | NA |
| N/F | Commerce Commercial Leasing, LLC | 7100-000 | $437,909.07 | NA | NA | NA |
| N/F | Commercial Service Group | 7100-000 | $58,400.00 | NA | NA | NA |
| N/F | Corflex Inc. | 7100-000 | $1,000.00 | NA | NA | NA |
| N/F | Costa med | 7100-000 | $1,000.00 | NA | NA | NA |
| N/F | Credit Collection Services | 7100-000 | $2,000.00 | NA | NA | NA |
| N/F | DBR | 7100-000 | $200.00 | NA | NA | NA |
| N/F | Data One Merchant | 7100-000 | $100.00 | NA | NA | NA |
| N/F | De Toro Technologies | 7100-000 | $500.00 | NA | NA | NA |
| N/F | Dowell Orthopedics | 7100-000 | $5,000.00 | NA | NA | NA |
| N/F | EBAY | 7100-000 | $5,000.00 | NA | NA | NA |
| N/F | Edex Information Systems | 7100-000 | $5,000.00 | NA | NA | NA |
| N/F | Emdeon Business Services 2612 | 7100-000 | $4,000.00 | NA | NA | NA |
| N/F | Enhance Recovery Company LLC | 7100-000 | $5,000.00 | NA | NA | NA |
| N/F | Excel Sports Rehab | 7100-000 | $1,000.00 | NA | NA | NA |
| N/F | First Lease | 7100-000 | $100.00 | NA | NA | NA |
| N/F | GE Healthcare | 7100-000 | $191,000.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Galaxy Tech Inc | 7100-000 | $500.00 | NA | NA | NA |
| N/F | Genworth Financial | 7100-000 | $50,000.00 | NA | NA | NA |
| N/F | Granda & Associates | 7100-000 | $10,000.00 | NA | NA | NA |
| N/F | Heley Webber Ortho | 7100-000 | $1,000.00 | NA | NA | NA |
| N/F | Ikon Financial - 1615400 | 7100-000 | $5,000.00 | NA | NA | NA |
| N/F | Ikon Financial - 2382063 | 7100-000 | $5,000.00 | NA | NA | NA |
| N/F | Iron Mountain Record | 7100-000 | $2,500.00 | NA | NA | NA |
| N/F | Jaqueline Weisbein - JSW Medical & Equip | 7100-000 | $90,000.00 | NA | NA | NA |
| N/F | Joan Baily & Assocates | 7100-000 | $1,000.00 | NA | NA | NA |
| N/F | Kozyak Tropin Throckmorton | 7100-000 | $5,000.00 | NA | NA | NA |
| N/F | LEAF | 7100-000 | $57,199.00 | NA | NA | NA |
| N/F | Leaf | 7100-000 | $100,000.00 | NA | NA | NA |
| N/F | Lease Financial Group | 7100-000 | $100,000.00 | NA | NA | NA |
| N/F | Lee Wayne | 7100-000 | $500.00 | NA | NA | NA |
| N/F | Leonard Pertnoy | 7100-000 | $200,000.00 | NA | NA | NA |
| N/F | MARAMED ORTHOPEDICS SYSTEMS | 7100-000 | $500.00 | NA | NA | NA |
| N/F | MCKESSON TECHNOLOGIES,INC | 7100-000 | $5,000.00 | NA | NA | NA |
| N/F | Medtech Sales & Services | 7100-000 | $2,500.00 | NA | NA | NA |
| N/F | Morgan Stanley Smith Barney | 7100-000 | $1,000,000.00 | NA | NA | NA |
| N/F | NCO Financial Systems | 7100-000 | $1,000.00 | NA | NA | NA |

| N/F | NCO Financial Systems | 7100-000 | $2,000.00 | NA | NA | NA |
| N/F | NEXTRUST | 7100-000 | $100.00 | NA | NA | NA |
| N/F | Optec | 7100-000 | $1,000.00 | NA | NA | NA |
| N/F | PCG | 7100-000 | $100.00 | NA | NA | NA |
| N/F | Paypal | 7100-000 | $5,000.00 | NA | NA | NA |
| N/F | Penn Credit Corporation | 7100-000 | $2,000.00 | NA | NA | NA |
| N/F | Picture This Party | 7100-000 | $500.00 | NA | NA | NA |
| N/F | Pinnacle Business | 7100-000 | $75,000.00 | NA | NA | NA |
| N/F | Popular Equipment Finance | 7100-000 | $75,000.00 | NA | NA | NA |
| N/F | Premier Premium Financial | 7100-000 | $25,000.00 | NA | NA | NA |
| N/F | Private Client Group AIU | 7100-000 | $10,000.00 | NA | NA | NA |
| N/F | Private Client Group AIU | 7100-000 | $5,000.00 | NA | NA | NA |
| N/F | RELIABLE PAPER INC. | 7100-000 | $1,000.00 | NA | NA | NA |
| N/F | RFF Family Partnership- Ira Allen | 7100-000 | $500,000.00 | NA | NA | NA |
| N/F | Radiance Capital | 7100-000 | $62,714.74 | NA | NA | NA |
| N/F | Reassure American Life Ins | 7100-000 | $5,000.00 | NA | NA | NA |
| N/F | Regions Bank | 7100-000 | $59,646.10 | NA | NA | NA |
| N/F | Relayhealth | 7100-000 | $2,000.00 | NA | NA | NA |
| N/F | Relayhealth | 7100-000 | $5,000.00 | NA | NA | NA |
| N/F | Royce Medical | 7100-000 | $2,000.00 | NA | NA | NA |

| | | | | | | |
|------|-------------------------------|----------|---------------|--------------|--------------|--------|
| N/F | Select Medical Products | 7100-000 | $100.00 | NA | NA | NA |
| N/F | Sheryl Pertnoy | 7100-000 | $100,000.00 | NA | NA | NA |
| N/F | Signius | 7100-000 | $800.00 | NA | NA | NA |
| N/F | Southern Self Storage | 7100-000 | $200.00 | NA | NA | NA |
| N/F | State Farm Mutual Auto Insurance Co | 7100-000 | $5,000.00 | NA | NA | NA |
| N/F | Texas Comptroller of State | 7100-000 | $500.00 | NA | NA | NA |
| N/F | Twin City Fire Insurance Company | 7100-000 | $10,000.00 | NA | NA | NA |
| N/F | Yellow Pages | 7100-000 | $500.00 | NA | NA | NA |
| N/F | nacolah | 7100-000 | $100.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$5,459,269.64** | **$6,656,644.64** | **$6,656,644.64** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

**Case No.:**  11-16072-BKC-LMI

**Case Name:**  C. P. MOTION INC.

**For Period Ending:**  10/09/2020

**Trustee Name:**  (290830) Barry E. Mukamal

**Date Filed (f) or Converted (c):**  03/07/2011 (f)

**§ 341(a) Meeting Date:**  04/12/2011

**Claims Bar Date:**  07/11/2011

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | WACHOVIA A/N 8426 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | BAL BAY ASSOCIATES INC<br>security deposit | 8,000.00 | 8,000.00 | | 0.00 | FA |
| 3 | CASE NO. 10-501 AP - BAL BAY ASSOC. LAWSUIT<br>Abandoned, ECF #119 & 138 | Unknown | 0.00 | OA | 0.00 | FA |
| 4 | LEASED EQUIPMENT | 0.00 | 0.00 | | 35,000.00 | FA |
| 5 | REPLEVIN BOND - MIAMI-DADE COUNTY | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 6 | SEITLIIN AND COMPANY (u)<br>Funds belonged to financing company | 2,786.00 | 0.00 | | 0.00 | FA |
| 7 | ADV 13-1188 - HSBC (u) | 7,830.00 | 7,830.00 | | 7,830.00 | FA |
| 8 | NOVA 1 CORP. STOCK (u) | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| 9 | ADV 13-1186 - BARCLAY BANK (u) | 9,100.00 | 9,100.00 | | 9,100.00 | FA |
| 10 | ADV 13-1179 - TOYOTA MOTOR CREDIT CORPORATION (u) | 22,263.65 | 22,263.65 | | 22,263.65 | FA |
| 11 | ADV 13-1180 - MERCEDES BENZ FINANCIAL (u) | 12,941.00 | 12,941.00 | | 12,941.00 | FA |
| 12 | ADV 13-1181 - LEXUS (u) | 11,863.21 | 11,863.21 | | 11,863.21 | FA |
| 13 | ADV 13-1193 - SLM CORP. A/K/A SALLIE MAE (u) | 18,988.91 | 18,988.91 | | 18,988.91 | FA |
| 14 | ADV 13-1194 - RRF FAMILY LIMITED PARTNERSHIP (u) | 3,500.00 | 3,500.00 | | 3,500.00 | FA |
| 15 | ADV 13-1183 - BANK OF AMERICA (u) | 45,000.00 | 45,000.00 | | 45,000.00 | FA |
| 16 | ADV 13-1187 - CHASE USA (u) | 40,000.00 | 40,000.00 | | 40,000.00 | FA |
| 17 | ADV 13-1182 - JPMORGAN CHASE (u) | 85,000.00 | 85,000.00 | | 85,000.00 | FA |
| 18 | ADV 13-1196 - DR RICHARD LEVITT (u) | 750.00 | 750.00 | | 750.00 | FA |
| 19 | ADV 13-1185 - CAPITAL ONE (u) | 12,685.68 | 12,685.68 | | 12,685.68 | FA |
| 20 | ADV 13-1189 - LAW OFFICES OF GRANDA & ASSOC (u) | 30,000.00 | 30,000.00 | | 30,000.00 | FA |
| 21 | ADV 13-1190 - HOMEWARD RESIDENTIAL INC. (u) | 25,000.00 | 25,000.00 | | 25,000.00 | FA |
| 22 | ADV 13-1177 - AMERICAN EXPRESS (u) | 303,000.00 | 303,000.00 | | 303,000.00 | FA |
| 23 | ADV 13-1178 AND ADV 13-1184 - CITIBANK NA (u) | 38,000.00 | 38,000.00 | | 38,000.00 | FA |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

**Case No.:** 11-16072-BKC-LMI
**Case Name:** C. P. MOTION INC.

**For Period Ending:** 10/09/2020

**Trustee Name:** (290830) Barry E. Mukamal
**Date Filed (f) or Converted (c):** 03/07/2011 (f)
**§ 341(a) Meeting Date:** 04/12/2011
**Claims Bar Date:** 07/11/2011

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 24 | INSURANCE CLAIM - NAVIGATORS SPECIALTY INSURANCE (u)<br>Notice of Abandonment ECF #337 | 1.00 | 1.00 | OA | 0.00 | FA |
| 25 | ADV 13-1195 - STEVEN BERNSTEIN (u) | 20,000.00 | 20,000.00 | | 20,000.00 | FA |
| 26 | STATE OF FLORIDA UNCLAIMED FUNDS (u) | 2,929.87 | 2,929.87 | | 2,929.87 | FA |
| **26** | **Assets Totals (Excluding unknown values)** | **$714,639.32** | **$711,853.32** | | **$728,852.32** | **$0.00** |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit 8

Page: 3

**Case No.:**  11-16072-BKC-LMI

**Case Name:**  C. P. MOTION INC.

**For Period Ending:**  10/09/2020

**Trustee Name:**  (290830) Barry E. Mukamal

**Date Filed (f) or Converted (c):**  03/07/2011 (f)

**§ 341(a) Meeting Date:**  04/12/2011

**Claims Bar Date:**  07/11/2011

**Major Activities Affecting Case Closing:**

The Trustee has received $40,000 from the sale of scheduled assets, court ordered 11/17/11 (ECF 62 & 63). The trustee has also recovered $685,922.45 from adversaries filed.

Trustee and Debtors' Joint Omnibus Motion to Compromise Multiple Controversies (Motion) filed on 05/07/15. The Order Approving and Granting the Motion was entered by the Court on 08/18/2015.  Upon recovery of the Receivables, same shall be distributed and paid to the Trustee (for the benefit of the creditors in CP Motion Case) up to the first $400,000 from the net collections defined as the gross Receivable less a 25% attorney lien on file against said LOP Receivables as same are received and/or recovered by Nova 1 [the "LOP PAYABLE"] and will be made on or before December 31, 2016. The Debtor and Nova 1 Finance was required to commence an adversary proceeding within 14 days of entry of an Order approving the Settlement Agreement seeking turnover of the LOP Receivables as property of the estate and will join all adverse parties claiming an interest in the LOP Receivables.  No recovery.

In addition, the Trustee, CP Motion, Nova 1 and the Trust each claim ownership and entitlement to certain insurance claim(s) against Navigators Specialty Insurance Company, which insured equipment and other personal property owned by CP Motion, policy number NY09ILM0141181-01 for policy period March 28, 2010 through March 28, 2011 (the "Insurance Claim"). The Trustee with the assistance of Raymond Weisbein and with Raymond Weisbein Trust as additional party plaintiff, which will be represented by Gary Murphree, Esq. will jointly prosecute the Insurance Claim. The Trustee shall have sole authority directing the litigation and as such cannot reserve the asset. I am unable to make an interim distribution as the only remaining claimants are the parties to the pending litigation. Pursuant to the status conference held on 07/12/2017, a judgment was entered in favor of the defendant on the  claim in the Navigator's case that  the Trustee had an interest in. Therefore, the claim is  no longer a possible source of recovery. No recovery.

On May 26, 2017, the Trustee filed a Motion for Status Conference to Determine (i) whether the estates will receive any further payments required under the trustee's settlement agreement with the Debtors, (ii) whether the individual debtors and their affiliates have complied with the settlement and (iii) to decide whether to close these cases. Raymond Weisbein filed an affidavit regarding the status of the LOP receivables indicating that on 04/27/16, the Third DCA affirmed the final summary judgment which prohibited Nova 1 from collecting the LOP receivables, ECF #441 filed in case No. 11-12579-LMI.

The trustee received a check from Seitlin and Company forwarded to him by his attorney.  Once deposited, Seitlin stopped payment on the check as the funds belonged to another party.

The Trustee received $2,929.87 from the State of Florida Division of Unclaimed Property on 05/12/20. Amended TFR submitted on 06/08/20.

Corporate tax returns are required and being filed annually.

04/27/11 - Court order granting employment of Trustee's attorney, Thomas R. Lehman, PA.
04/23/12 - Court order granting employment of Trustee's appraiser, Martin Claire of Stampler Auctions.
10/05/12 - Court order granting employment of Trustee's special counsel, James B. Miller, PA.
12/27/12 - Court order granting employment of Trustee's accountant, accountant, Barry E. Mukamal CPA

**Initial Projected Date Of Final Report (TFR):**  12/31/2012

**Current Projected Date Of Final Report (TFR):**  06/08/2020 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

**Form 2**

**Cash Receipts And Disbursements Record**

**Exhibit 9**

Page: 1

| | |
|---|---|
| **Case No.:** | 11-16072-BKC-LMI |
| **Case Name:** | C. P. MOTION INC. |
| **Taxpayer ID #:** | **-***9295 |
| **For Period Ending:** | 10/09/2020 |

| | |
|---|---|
| **Trustee Name:** | Barry E. Mukamal (290830) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account #:** | **********0565 Checking Account |
| **Blanket Bond (per case limit):** | $52,222,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/02/11 | {6} | Seitlin and Company | Return Premium - Policy #NY09ILM01411801 | 1229-000 | 2,786.00 | | 2,786.00 |
| 06/09/11 | {6} | Seitlin and Company | Stop Payment on check, not to be paid, belongs to financing company | 1229-000 | -2,786.00 | | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | **0.00** | **0.00** | **$0.00** |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | **0.00** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$0.00** | |

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 11-16072-BKC-LMI | Trustee Name: | Barry E. Mukamal (290830) |
|---|---|---|---|
| Case Name: | C. P. MOTION INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***9295 | Account #: | ******4566 Checking Account |
| For Period Ending: | 10/09/2020 | Blanket Bond (per case limit): | $52,222,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/08/13 | | Levine Kellogg Lehman Schneider | Sale of leased equipment, court ordered 11/17/11, ECF 62 and sale of stock court ordered 11/17/11, ECF 63 | | 38,929.20 | | 38,929.20 |
| | {4} | | Allocation Asset #4     $35,000.00 | 1129-000 | | | |
| | {8} | | Allocation Asset #8     $3,929.20 | 1229-000 | | | |
| 03/11/13 | 11001 | Clerk of the Court | Filing fee, 22 @ $293.00, adv #13-1176, 1177, 1178, 1179, 1180, 1181, 1182, 1183, 1184, 1185, 1186, 1187, 1188, 1189, 1190, 1191, 1192, 1193, 1194, 1195, 1196, 1197 | 2700-000 | | 6,446.00 | 32,483.20 |
| 03/12/13 | {8} | Levine Kellogg Lehman Schneider + Grossman LLP | Sale of Stock, court ordered 11/17/11 (ECF 63) | 1229-000 | 1,070.80 | | 33,554.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.76 | 33,519.24 |
| 04/03/13 | 11002 | Stampler Auctions | Appraisal fees, court ordered 04/23/12 | 3610-000 | | 500.00 | 33,019.24 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.92 | 32,968.32 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.99 | 32,919.33 |
| 06/11/13 | {12} | Toyota Motor Credit Corporation | Full Settlement, court ordered 10/23/13 | 1241-000 | 11,863.21 | | 44,782.54 |
| 06/14/13 | {7} | HSBC | Full settlement; court ordered 10/23/13 | 1241-000 | 7,830.00 | | 52,612.54 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.42 | 52,555.12 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.15 | 52,471.97 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 75.47 | 52,396.50 |
| 09/20/13 | {9} | Barclays Bank OPS | Full settlement, court ordered 05/05/14 | 1241-000 | 9,100.00 | | 61,496.50 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 75.03 | 61,421.47 |
| 10/28/13 | {10} | Toyota Motor Credit Corporation | Full settlement, court ordered 05/05/14 | 1241-000 | 22,263.65 | | 83,685.12 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.32 | 83,585.80 |
| 11/20/13 | {13} | Sallie Mae | Full settlement; court ordered 10/23/13 | 1241-000 | 18,988.91 | | 102,574.71 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 118.58 | 102,456.13 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 162.10 | 102,294.03 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 152.03 | 102,142.00 |
| 02/10/14 | {14} | RFF Family Partnership LP | Full settlement, court ordered 05/05/14 | 1241-000 | 3,500.00 | | 105,642.00 |
| 02/26/14 | {11} | Mercedes-Benz Financial Services USA LLC | Full settlement, court ordered 05/05/14 | 1241-000 | 12,941.00 | | 118,583.00 |

Page Subtotals:     $126,486.77     $7,903.77

# Form 2

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 11-16072-BKC-LMI | |
| **Case Name:** | C. P. MOTION INC. | |
| **Taxpayer ID #:** | **-***9295 | |
| **For Period Ending:** | 10/09/2020 | |

| | |
|---|---|
| **Trustee Name:** | Barry E. Mukamal (290830) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******4566 Checking Account |
| **Blanket Bond (per case limit):** | $52,222,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 140.59 | 118,442.41 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 164.68 | 118,277.73 |
| 04/23/14 | {21} | Ocwen Loan Servicing LLC | Full settlement; court ordered 05/05/14 | 1241-000 | 25,000.00 | | 143,277.73 |
| 04/25/14 | {22} | American Express Travel Related Services | Full Settlement; court ordered 05/05/14 | 1241-000 | 127,866.00 | | 271,143.73 |
| 04/25/14 | {22} | American Express Travel Related Services | Full settlement; court ordered 05/05/14 | 1241-000 | 175,134.00 | | 446,277.73 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 217.72 | 446,060.01 |
| 05/21/14 | {15} | Bank of America Corp | Full settlement; court ordered 05/05/14 | 1241-000 | 41,000.00 | | 487,060.01 |
| 05/21/14 | {15} | Bank of America NA | Full settlement; court ordered 05/05/14 | 1241-000 | 4,000.00 | | 491,060.01 |
| 05/23/14 | {17} | JPMorgan Chase | Full settlement; court ordered 05/05/14 | 1241-000 | 85,000.00 | | 576,060.01 |
| 05/23/14 | {16} | JPMorgan Chase | Full settlement; court ordered 05/05/14 | 1241-000 | 40,000.00 | | 616,060.01 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 676.83 | 615,383.18 |
| 06/11/14 | {18} | Fredda A. Levitt | Full settlement; court ordered 07/11/14 | 1241-000 | 750.00 | | 616,133.18 |
| 06/20/14 | {19} | Capital One Services LLC | Full settlement; court ordered 05/05/14 | 1241-000 | 12,685.68 | | 628,818.86 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 859.25 | 627,959.61 |
| 07/02/14 | 11003 | Markowitz Davis Ringel & Trusty PA | Mediator fee, court ordered 06/23/14 | 3721-000 | | 1,809.05 | 626,150.56 |
| 07/03/14 | {20} | Landmark American Insurance Company | Full settlement; court ordered 07/11/14 | 1241-000 | 30,000.00 | | 656,150.56 |
| 07/09/14 | {23} | Citibank NA | Full settlement; court ordered 05/05/14 | 1241-000 | 38,000.00 | | 694,150.56 |
| 07/10/14 | 11004 | James B. Miller PA | Special counsel contingency fees and expenses, court ordered 05/05/14 | | | 217,646.24 | 476,504.32 |
| | | | Allocation Expenses $5,922.09 | 3220-000 | | | |
| | | | Allocation Fees $211,724.15 | 3210-000 | | | |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 855.71 | 475,648.61 |
| 08/18/14 | 11005 | James B. Miller PA | Contingency fees and expenses, court ordered 07/11/14 | | | 11,477.40 | 464,171.21 |
| | | | Allocation Expenses $1,227.40 | 3220-000 | | | |
| | | | Allocation Fees $10,250.00 | 3210-000 | | | |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 659.14 | 463,512.07 |

Page Subtotals: **$579,435.68**     **$234,506.61**

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)                                    ! - transaction has not been cleared

## Form 2

Exhibit 9

Page: 4

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 11-16072-BKC-LMI | |
| **Case Name:** | C. P. MOTION INC. | |
| **Taxpayer ID #:** | **-***9295 | |
| **For Period Ending:** | 10/09/2020 | |

| | |
|---|---|
| **Trustee Name:** | Barry E. Mukamal (290830) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******4566 Checking Account |
| **Blanket Bond (per case limit):** | $52,222,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 711.13 | 462,800.94 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 687.85 | 462,113.09 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 598.21 | 461,514.88 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 752.36 | 460,762.52 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 662.73 | 460,099.79 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 617.66 | 459,482.13 |
| 03/12/15 | 11006 | Levine Kellogg Lehman Schneider + Grossman LLP | First interim fees, court ordered 03/04/2015 | 3210-000 | | 60,979.75 | 398,502.38 |
| 03/12/15 | 11007 | Levine Kellogg Lehman Schneider + Grossman LLP | First interim expenses, court ordered 03/04/2015 | 3220-000 | | 9,165.22 | 389,337.16 |
| 03/12/15 | 11008 | Marcum LLP | First interim fees, court ordered 03/04/2015 | 3310-000 | | 54,500.00 | 334,837.16 |
| 03/12/15 | 11009 | Marcum LLP | First interim expenses, court ordered 03/04/2015 | 3320-000 | | 46.10 | 334,791.06 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 605.19 | 334,185.87 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 480.67 | 333,705.20 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 463.98 | 333,241.22 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 511.27 | 332,729.95 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 494.53 | 332,235.42 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 461.94 | 331,773.48 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 509.06 | 331,264.42 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 476.47 | 330,787.95 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 459.92 | 330,328.03 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 522.68 | 329,805.35 |
| 01/15/16 | 11010 | James B. Miller PA | Reimbursement of costs. Court Ordered ECF# 287. | 3220-000 | | 2,771.17 | 327,034.18 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 456.16 | 326,578.02 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 452.83 | 326,125.19 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 514.64 | 325,610.55 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 451.49 | 325,159.06 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 450.86 | 324,708.20 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 512.40 | 324,195.80 |

| | | |
|---|---|---|
| **Page Subtotals:** | $0.00 | $139,316.27 |

# Form 2

Exhibit 9

Page: 5

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 11-16072-BKC-LMI | | **Trustee Name:** | Barry E. Mukamal (290830) | | |
| **Case Name:** | C. P. MOTION INC. | | **Bank Name:** | Mechanics Bank | | |
| **Taxpayer ID #:** | **-***9295 | | **Account #:** | ******4566 Checking Account | | |
| **For Period Ending:** | 10/09/2020 | | **Blanket Bond (per case limit):** | $52,222,000.00 | | |
| | | | **Separate Bond (if applicable):** | N/A | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 449.53 | 323,746.27 |
| 08/18/16 | {25} | Steven A. Bernstein DPM PC | Adv #13-1195; payment #1; court ordered ECF #346 | 1241-000 | 10,000.00 | | 333,746.27 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 517.04 | 333,229.23 |
| 09/19/16 | {25} | Steven A. Bernstein DPM PC | Adv #13-1195; payment #2; court ordered ECF #346 | 1241-000 | 10,000.00 | | 343,229.23 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 483.25 | 342,745.98 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 475.25 | 342,270.73 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 523.73 | 341,747.00 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 490.20 | 341,256.80 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 523.48 | 340,733.32 |
| 03/27/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******9838 | Transition Debit to Metropolitan Commercial Bank acct 3910019838 | 9999-000 | | 340,733.32 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 725,922.45 | 725,922.45 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 340,733.32 | |
| **Subtotal** | 725,922.45 | 385,189.13 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$725,922.45** | **$385,189.13** | |

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 6

| Case No.: | 11-16072-BKC-LMI | Trustee Name: | Barry E. Mukamal (290830) |
|---|---|---|---|
| Case Name: | C. P. MOTION INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***9295 | Account #: | ******9838 Checking Account |
| For Period Ending: | 10/09/2020 | Blanket Bond (per case limit): | $52,222,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/27/19 | | Transfer Credit from Rabobank, N.A. acct ******4566 | Transition Credit from Rabobank, N.A. acct 5001474566 | 9999-000 | 340,733.32 | | 340,733.32 |
| 10/31/19 | 11111 | James B. Miller PA | Contingency Fees And Costs To Special Counsel. Court ordered, ECF #346. | | | 7,857.22 | 332,876.10 |
| | | | Contingency Fees To Special Counsel. | 3210-000 | | | |
| | | | $6,667.00 | | | | |
| | | | Contingency Costs To Special Counsel. | 3220-000 | | | |
| | | | $1,190.22 | | | | |
| 01/02/20 | 11112 | Internal Revenue Services | Distribution payment - Dividend paid at 100.00% of $677.81; Claim # 10-2S; Filed: $677.81 | 4300-000 | | 677.81 | 332,198.29 |
| 01/02/20 | 11113 | Barry Mukamal | Combined trustee compensation & expense dividend payments. | | | 40,713.17 | 291,485.12 |
| | | Barry Mukamal | Claims Distribution - Thu, 12-05-2019 | 2100-000 | | | |
| | | | $39,546.12 | | | | |
| | | Barry Mukamal | Claims Distribution - Thu, 12-05-2019 | 2200-000 | | | |
| | | | $1,167.05 | | | | |
| 01/02/20 | 11114 | Marcum LLP | Distribution payment - Dividend paid at 55.84% of $123,416.50; Claim # ; Filed : $123,416.50 | 3310-000 | | 68,916.50 | 222,568.62 |
| 01/02/20 | 11115 | Levine Kellogg Lehman Schneider + Grossman LLP | Distribution payment - Dividend paid at 55.92% of $138,330.87; Claim # ; Filed : $140,330.87 | 3210-000 | | 77,351.12 | 145,217.50 |
| 01/02/20 | 11116 | Levine Kellogg Lehman Schneider + Grossman LLP | Distribution payment - Dividend paid at 48.34% of $17,741.61; Claim # ; Filed : $17,741.61 | 3220-000 | | 8,576.39 | 136,641.11 |
| 01/02/20 | 11117 | State of California | Distribution payment - Dividend paid at 100.00% of $7,384.91; Claim # 34-A; Filed: $7,384.91 | 2820-000 | | 7,384.91 | 129,256.20 |
| 01/02/20 | 11118 | Internal Revenue Services | Distribution payment - Dividend paid at 52.99% of $229,365.09; Claim # 10-2P; Filed: $229,365.09 | 5800-000 | | 121,542.13 | 7,714.07 |
| 01/02/20 | 11119 | Florida Department of Revenue | Distribution payment - Dividend paid at 52.99% of $341.89; Claim # 17-2P; Filed: $341.89 | 5800-000 | | 181.17 | 7,532.90 |
| 01/02/20 | 11120 | Florida Department of Revenue Bankruptcy Unit | Distribution payment - Dividend paid at 52.99% of $6,645.39; Claim # 18P; Filed: $6,645.39 | 5800-000 | | 3,521.44 | 4,011.46 |
| 01/02/20 | 11121 | Florida Department of Revenue Bankruptcy Unit | Distribution payment - Dividend paid at 52.99% of $330.00; Claim # 19P; Filed: $330.00 | 5800-000 | | 174.87 | 3,836.59 |
| 01/02/20 | 11122 | Franchise Tax Board | Distribution payment - Dividend paid at 52.99% of $7,240.13; Claim # 30-P; Filed: $7,240.13 | 5800-000 | | 3,836.59 | 0.00 |
| 05/12/20 | {26} | Sate of Florida | State of Florida: Unclaimed Funds Refund | 1229-000 | 2,929.87 | | 2,929.87 |
| 07/07/20 | 11123 | Internal Revenue Services | Distribution payment - Dividend paid at 1.20% of $229,365.09; Claim # 10-2P; Filed: $229,365.09 | 5800-000 | | 2,755.01 | 174.86 |
| 07/07/20 | 11124 | Florida Department of Revenue | Distribution payment - Dividend paid at 1.20% of $341.89; Claim # 17-2P; Filed: $341.89 | 5800-000 | | 4.11 | 170.75 |

Page Subtotals:    $343,663.19    $343,492.44

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 7

**Case No.:** 11-16072-BKC-LMI

**Case Name:** C. P. MOTION INC.

**Taxpayer ID #:** **-***9295

**For Period Ending:** 10/09/2020

**Trustee Name:** Barry E. Mukamal (290830)

**Bank Name:** Metropolitan Commercial Bank

**Account #:** ******9838 Checking Account

**Blanket Bond (per case limit):** $52,222,000.00

**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/07/20 | 11125 | Florida Department of Revenue Bankruptcy Unit | Distribution payment - Dividend paid at 1.20% of $6,645.39; Claim # 18P; Filed: $6,645.39 | 5800-000 | | 79.82 | 90.93 |
| 07/07/20 | 11126 | Florida Department of Revenue Bankruptcy Unit | Distribution payment - Dividend paid at 1.20% of $330.00; Claim # 19P; Filed: $330.00 | 5800-000 | | 3.96 | 86.97 |
| 07/07/20 | 11127 | Franchise Tax Board | Distribution payment - Dividend paid at 1.20% of $7,240.13; Claim # 30-P; Filed: $7,240.13 | 5800-000 | | 86.97 | 0.00 |

|  | | Deposit | Disbursement | Balance |
|---|---|---|---|---|
| **COLUMN TOTALS** | | 343,663.19 | 343,663.19 | $0.00 |
| Less: Bank Transfers/CDs | | 340,733.32 | 0.00 | |
| **Subtotal** | | **2,929.87** | 343,663.19 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$2,929.87** | **$343,663.19** | |

## Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page:  8

| | |
|---|---|
| Case No.: | 11-16072-BKC-LMI |
| Case Name: | C. P. MOTION INC. |
| Taxpayer ID #: | **-***9295 |
| For Period Ending: | 10/09/2020 |

| | |
|---|---|
| Trustee Name: | Barry E. Mukamal (290830) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******9838 Checking Account |
| Blanket Bond (per case limit): | $52,222,000.00 |
| Separate Bond (if applicable): | N/A |

| | |
|---|---|
| Net Receipts: | $728,852.32 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $728,852.32 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| **********0565 Checking Account | $0.00 | $0.00 | $0.00 |
| ******4566 Checking Account | $725,922.45 | $385,189.13 | $0.00 |
| ******9838 Checking Account | $2,929.87 | $343,663.19 | $0.00 |
| | $728,852.32 | $728,852.32 | $0.00 |